ORIGINAL

Duration:

| DOCKET No. 23 Mag. 7571 | DEFENDANT Stiven Arturo Martinez Nin |

AUSA Lisa Daniels

DEF.'S COUNSEL Sabrina Shroff
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY

☑ Spanish _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 12/14/23            ☐ VOL. SURR.
TIME OF ARREST 8:00 PM              ☐ ON WRIT
TIME OF PRESENTMENT 4:46 PM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 50,000   BOND   ☑ 2 FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ district of residence of 3rd party custodian and points in between for travel to court.
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☑ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Released to a 3rd party custodian - father or SIL have been proffered. Must be a family member who is not his wife and the custodian and residence must be approved by PTS in advance of release.

Will have to give up any smart devices and only use a flip phone.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: Dec 29, 2023   ☐ ON DEFENDANT'S CONSENT

DATE: 12/15/23

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016