# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2024

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re: <u>United States v. Jyshun Trower</u>**
           23-Cr-673

Dear Judge Cote:

    I am assigned to represent defendant Jyshun Trower in the above-captioned matter. Trial is currently scheduled to begin on October 7, 2024.

    At Mr. Trower's request, I write to inform the Court that Mr. Trower wishes to seek substitution of counsel in this matter due to a breakdown in the attorney-client relationship. I have conferred with the government regarding this request. Should the Court wish to schedule a hearing on this request, the parties are available on the following dates:

- May 21, from 12:30 p.m. to 2 p.m., or after 3 p.m.
- May 24 before 11 a.m.
- May 28 after 2 p.m.
- May 29
- May 30

    The parties would be happy to provide additional dates and times if those are inconvenient for the Court.

                                                                           Sincerely,

                                                                       Michael Arthus
                                                                       Assistant Federal Defender
                                                                       212-417-8760

cc. (by ECF): AUSA Lisa Daniels